```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-28-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA BAKER, et al.,

                Plaintiffs,

     - against -

THE CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

10 Civ. 760 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having received submissions from the Parties,

**IT IS HEREBY ORDERED** that Plaintiffs' application for sanctions is **DENIED.**

Plaintiffs have the necessary information to serve the remaining Defendants, thus sanctions for failing to provide such information are not warranted.

**SO ORDERED this 28th day of June 2010**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge