UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
PAMELA BAKER, et al

                   Plaintiff

                                                         NOTICE OF MOTION

     -against-

THE CITY OF NEW YORK, et al                         10 cv 760 (BSJ)

                  Defendants
-------------------------------------------------------------------------X
This document was filed via ECF

     PLEASE TAKE NOTICE, that upon the accompanying affirmation of Michael Colihan dated the 5th day of October , 2010, and the affidavit of R. C. dated the 5th day of October, 2010 and all the papers & proceedings had heretofore herein, the undersigned will move this Court before the Honorable BARBARA S. JONES on a date and time the Court shall designate at the Courthouse located at 500 Pearl Street, New York for an Order allowing this matter to be compromised and settled as to the infant plaintiff R. C. and for such other relief as to the Court may seem just and proper.

DATED: BROOKLYN, NY
       October 5, 2010.

                                                MICHAEL COLIHAN
                                               Attorney for the Plaintiff
                                               44 Court Street
                                               Suite 911
                                               Brooklyn, NY 11201
                                               (718) 488-7788

TO: THE CLERK OF THE COURT
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK


    LAW DEPARTMENT OF THE
    CITY OF NEW YORK